UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MATTIA and WILLIAM VESPE<br><br>        Plaintiffs,<br><br>v.<br><br>SUGARHOUSE HSP GAMING, L.P. d/b/a SUGARGOUSE CASINO; RUSH STREET GAMING, LLC; JOHN DOES COMPANIES I-X; JOHN DOES I-X; and JANE DOES I-X<br><br>        Defendants | CASE NO.: 19-2220<br><br>Hon. Gene E.K. Pratter<br><br>**NOTICE OF DISMISSAL** |

    Kindly dismiss the above captioned matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).


                                          Optimum Law Group, P.C.

                                          _____
                                          STEVEN C. FEINSTEIN, ESQUIRE
                                          Attorney for Plaintiffs